FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 SEP 12 PM 1:27
CLERK_____
SO. DIST OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO. 6:18 CR 14 |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| NATIVIDAD DIAS ET AL. | ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, it is hereby ORDERED:

That the indictment in the above-referenced matter, and all process issued thereunder, be unsealed.

So ORDERED, this 12th day of September 2018.

_____
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA